IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | ) |
| --- | --- |
| | ) CR No. 10-199 |
| v. | ) |
| | ) |
| DOMINIQUE JACKSON | ) |

**ORDER OF COURT**

Before the Court is Defendant's pro se Motion pursuant to 28 U.S.C. § 2255. Pursuant to United States v. Miller, 197 F.3d 644 (3d Cir. 1999), Defendant is hereby advised that all federal constitutional claims must be included in a single habeas corpus petition, or they may be precluded. Accordingly, Defendant may choose to have his present Motion ruled on as filed; withdraw the pending Motion and file one new, all-inclusive Section 2255 petition setting forth every ground that may entitle him to relief from the conviction and sentence, provided that the new motion is filed within the one-year statutory limitations period; or amend the Motion presently on file with any additional claims or materials. Defendant shall notify the Court of his choice by June 24, 2018. If Defendant chooses to amend or supplement the Motion presently on file, he must do so by June 24, 2018. AND NOW, this 24th day of May, 2018, IT IS SO ORDERED.

BY THE COURT:

_/s/ Donetta W. Ambrose_
_____

Donetta W. Ambrose

Senior Judge, U.S. District Court